# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT T. WALKER,

    *Plaintiff*,

vs.

MR. FLETCHER, *et al.*,

    *Defendants*.

3:13-cv-00080-RCJ-WGC

ORDER

Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The papers presented are subject to multiple defects.

First, the pauper application is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff attached a copy of an executed financial certificate, but he did not attach a copy of his inmate trust account statement. Both are required for a properly-completed pauper application.

Second, plaintiff did not use the Court's required civil rights complaint form for the complaint. Under LSR 2-1 of the local rules, a *pro se* civil rights complaint must be filed on the Court's required complaint form. In the present case, the complaint is an entirely handwritten complaint. Plaintiff must use the required form and follow the instructions for the form.

1  It does not appear from review of the allegations presented that a dismissal without
2  prejudice of the present improperly-commenced action would materially impact the analysis
3  of any timeliness issue or other issues in a promptly-filed new action.
4  IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (#1)
5  is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new
6  complaint on the required form in a new action together with either a new pauper application
7  with all required, and new, attachments or payment of the $350.00 filing fee.
8  The Clerk of Court shall SEND plaintiff a copy of the papers that he filed along with the
9  complaint and pauper forms and instructions for both forms.
10  The Clerk shall enter final judgment accordingly, dismissing this action without
11  prejudice.
12  DATED:  March 11, 2013.

_____
ROBERT C. JONES
Chief United States District Judge